RECEIVED
IN LAKE CHARLES, LA

MAR 23 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| GARY HALLER | CIVIL ACTION NO. 10-1456-LC |
| VS. | SECTION "P" |
| GEO GROUP, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, pursuant to the provisions of 28 U.S.C. § 1915.

**IT IS ALSO ORDERED** that plaintiff's request for injunctive relief/temporary restraining order request [Doc. 4] is denied.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ____ day of March, 2011.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**